ASK LLP
Joseph L. Steinfeld, Jr., Esq.
Kara E. Casteel, Esq.
Brigette McGrath, Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665 Fax: (651) 406-9676

*Attorneys for Plaintiff*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| Sears Holdings Corporation, *et al.*, | Case No. 18-23538-RDD |
| Debtors. | (Jointly Administered) |
| Kmart Holding Corporation, | |
| Plaintiff, | |
| vs. | |
| Tri-Coastal Design Services, LLC dba Tri-Coastal Design Group, | Adv No. 20-06356-RDD |
| Defendant(s). | |

## CERTIFICATION OF SERVICE

I, Jennifer A. Hepola, hereby certify that I am not less than 18 years of age, and further certify that on July 8, 2020, I caused to be served a true and correct copy of the:

1.  COMPLAINT; and
2.  SUMMONS.

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at St. Paul, Minnesota, addressed as follows:

Defendant [via Regular Mail]
Michael Mastrangelo, CEO
Tri-Coastal Design Services, LLC dba Tri-Coastal Design Group
40 Harry Shupe Boulevard
Wharton, New Jersey 07936

☒ By Regular Mail - I caused such envelope with first class postage thereon, fully prepaid to be placed in the United States mail.

☐ Certified Mail (return receipt requested) with first class postage thereon, to be mailed in the United States mail.

I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Executed at St. Paul, Minnesota on July 8, 2020.

*/s/ Jennifer Hepola*

Jennifer Hepola, Declarant
No: 2225896 Stat: - Answ: /*